[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12068
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cv-03591-TWT

JC&C INCORPORATED,
a Georgia corporation,
LAWRENCE JAMES HELFRICH,
a natural person,
JEANNE MARIE HELFRICH,
a natural person,

Plaintiffs - Appellants,

versus

PEERLESS INDEMNITY INSURANCE COMPANY,
a foreign insurance company,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(December 17, 2013)

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

This is a suit on a fire insurance policy.  The insurance company, Peerless, denied coverage on the grounds, among others, that plaintiffs, JC&C and James and Jeanne Marie Helfrich, made material misrepresentations and failed to produce requested documents, thereby voiding the policy's coverage.

Following discovery, Peerless moved the District Court for summary judgment.  The court granted the motion and gave Peerless judgment.  Plaintiffs now appeal arguing that material issues of fact precluded summary judgment.  The District Court rejected their argument, and we do as well.

AFFIRMED.